# Third District Court of Appeal

## State of Florida

Opinion filed June 11, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1265
Lower Tribunal No. F12-21329C
_____

**Roberto Gil,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal conducted pursuant to Anders v. California, 386 U.S. 738 (1967), from the Circuit Court for Miami-Dade County, Richard Hersch, Judge.

Roberto Gil, in proper person.

James Uthmeier, Attorney General, and Linda Katz, Assistant Attorney General, for appellee.

Before LOGUE, C.J., and LINDSEY and GORDO, JJ.

PER CURIAM.

Roberto Gil appeals the denial of his timely-filed motion for postconviction relief. We have reviewed the trial court's meticulous treatment of the Appellant's claims, which included an opportunity for Appellant to supplement his pleading after the trial court found them inadequate, carefully determining Appellant had met the first but not second prong of <u>Strickland v. Washington</u>, 466 U.S. 668 (1984), conducting evidentiary hearings on certain points where appropriate, preparing a scholarly and insightful seventeen-page order setting forth its reasoning and fact-findings, granting full relief on one of Appellant's claims and resetting that charge for trial, and denying relief on the others. Finding no error, we affirm.

Affirmed.